Montegriffo, Jr. No opinion. Referred to Hon. J. J. Freedman, official referee. Settle order on notice. See, also, 163 App. Div. 885, 147 N. Y. Supp. 1127.

In re MONTGOMERY ST. IN CITY OF NEW YORK. In re CLARK. (Supreme Court, Appellate Division, Second Department. February 11, 1915.) In the matter of the application of the City of New York relative to acquiring title, etc., to Montgomery Street. In the matter of Clark. No opinion. Order affirmed, with $10 costs and disbursements.

MORRIS et al., Appellants, v. HENRY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Edward M. Morris and others against William G. Henry and others. No opinion. Judgment affirmed, with costs.

MORSE, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by Waldo J. Morse, Jr., against Charles Cohen. No opinion. Judgment and order unanimously affirmed, with costs.

MOSAKOWSKI, Respondent, v. UTICA KNITTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Leo Mosakowski, an infant, etc., against the Utica Knitting Company. No opinion. Motion for leave to appeal (150 N. Y. Supp. 1098) to Court of Appeals denied, with $10 costs.

In re MOULTON. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) In the matter of the application of Charles F. Moulton as to the change of grade of street in the village of Cuba, N. Y.
PER CURIAM. Judgment affirmed, with costs.
FOOTE, J., dissents, upon the ground that the state, and not the village, is chargeable with the maintenance of the highway in question, and, as the statute imposes the liability for change of grade only upon the municipality chargeable with maintenance, the village in this case is not liable.

MT. VERNON TRUST CO. et al. v. PENFIELD. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by the Mt. Vernon Trust Company and another, trustees, etc., against James T. Penfield, individually and as trustee, etc., and others. No opinion. Interlocutory judgment affirmed, with costs to plaintiffs respondents, payable by defendant appellant. See, also, 163 App. Div. 965, 148 N. Y. Supp. 1132.

MULHOLLAND v. REID et al. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Michael A. Mulholland against Luis H. Reid and others. No opinion. Application denied. Settle order on notice. See, also, 150 N. Y. Supp. 784.

MULLER, Respondent, v. MULLER et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by Wilhelmina Muller against Adolph E. Muller and another, as executors, etc. No opinion. Motion for reargument (150 N. Y. Supp. 1098) denied, with $10 costs.

MULLIGAN v. LAMBERTI. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Agnes K. M. Mulligan against Pasquale J. Lamberti. No opinion. Motion denied, with $10 costs. Order filed.

In re MUNICIPAL COURTHOUSE SITE IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 29, 1915.) In the matter of the municipal courthouse site in the City of New York. No opinion. Motion granted. Order signed.

MUNROE et al., Respondents, v. COMPAGNIE FRANCAISE DE NAVIGATION, Appellant (2 cases). (Supreme Court, Appellate Division, First Department. February 26, 1915.) Actions by Henry W. Munroe and others against the Compagnie Francaise de Navigation. H. L. Loomis, of New York City, for appellant. G. N. Hamlin, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Orders filed.

In re MURPHY. (Supreme Court, Appellate Division, Second Department. December 30, 1914.) In the matter of the application of Charles F. Murphy, for a writ of mandamus to the Board of County Canvassers of the County of Kings, etc. No opinion. Motion denied, without costs. See, also, 151 N. Y. Supp. 267.

MURPHY v. HARRISON GRANITE CO. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Timothy J. Murphy against the Harrison Granite Company. No opinion. Application granted. Order signed. See, also, 81 Misc. Rep. 223, 142 N. Y. Supp. 517.

MURRAY v. SIMPSON. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Charles C. Murray, as receiver, against Robert H. Simpson, individually, etc. No opinion. Motion granted, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1098.

MYRON v. MYRON. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Florence M. Myron against Herbert B. Myron. No opinion. Order reversed, and motion granted, without costs. Order filed. See, also, 151 N. Y. Supp. 671.

MYSELL, Respondent, v. COONS, Appellant. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action